THE GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH SCOTLAND, and Another, Respondents, v. THE ZERBE CONSTRUCTION COMPANY, INC., Appellant.— Judgment modified by reducing the amount of the recovery of the plaintiff Joe Yanish to the sum of $1,172.50, and as so modified

affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.